THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 10, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Mary Ann Stevens fka Mary A Gonion and Steve Robert Stevens<br><br>Debtors. | Chapter: 7<br><br>Case No. 18-28621-beh |

**ORDER GRANTING MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Movant") filed a motion for an order for relief from the automatic stay and abandonment to foreclose on the Debtor's property located at 516 11th Ave, Green Bay, Wisconsin 54303 (the "Property"). Due and proper notice was given, and no objections were filed. The facts recited in the motion show that there is no equity in the property, the Movant's interest in the Property is not adequately protected, or that other cause exists for granting the Movant's request for relief from the automatic stay and abandonment.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. § 554, and abandonment is effective upon entry of this Order.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####